**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JOSE LUIS LOPEZ OLIVA,

        **Plaintiff,**

    **-against-**

432 W 163 LLC and FRENKEL E.
SHOSHANA, as an individual,

        **Defendants.**

**25-cv-10259 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' May 8, 2026, joint letter advising the Court that the parties have reached a settlement in this matter.   The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).   The parties should also indicate whether they consent to proceed in front of a magistrate judge for proceedings related to the settlement.   The proposed settlement and accompanying memorandum shall be filed no later than June 8, 2026.

**SO ORDERED.**

**Dated**:    May 21, 2026
          New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**