

MEMO ENDORSED

# HELEN F. DALTON & ASSOCIATES, P.C.

## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _6/11/2026_

June 8, 2026

Via ECF:
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    ***Oliva v. 432 W 163 LLC et al***
       **Docket No.: 1:25-cv-10259-ALC-GS**

Dear Judge Carter:

Our office represents Plaintiff in the above-referenced matter, and we submit this letter motion jointly with counsel for Defendants. The parties are currently working on finalizing their settlement agreement. In light of this, the parties respectfully request one (1) week, or by June 15, 2026, to submit a motion for settlement approval.

We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

*/s/KatelynSchillaci*
Katelyn Schillaci, Esq.

CC (via ECF):
*Counsel for Defendants*

Parties' request is GRANTED.  The parties are ORDERED to submit their motion by June 15, 2026.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 11, 2026