**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOSE LUIS LOPEZ OLIVA,**<br>**Plaintiff,**<br>**-against-**<br>**432 W 163 LLC and FRENKEL E. SHOSHANA, as an individual,**<br>**Defendants.** | **25-cv-10259 (ALC)**<br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' settlement agreement and accompanying joint motion to approve the settlement agreement, filed July 19, 2026. (ECF Nos. 20.) Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**: August 13, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**